IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDRICO PORTER,

    Petitioner,

v.

WARDEN HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-505-slc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent DENYING petitioner Fredrico Porter's petition for writ of habeas corpus.

_____      9/17/09
Peter Oppeneer, Clerk of Court     Date