IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FREDRICO PORTER,

                                                                                                                     ORDER

                Petitioner,

                                                                                                09-cv-505-slc

      v.

WARDEN HOLINKA,

              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     IT IS ORDERED that petitioner Fredrico Porter's motion for reconsideration is DENIED.

     Entered this 28th day of September, 2009.

                                      BY THE COURT:

                                      /s/

                                      BARBARA B. CRABB
                                      District Judge

1